FLORENCE C. WALTERS, Appellant, v. HARRY BROWN, Respondent.— Judgment reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. We are of opinion that the charge of the trial justice was prejudicial to the plaintiff, and that, in the interests of justice, there should be a new trial. The verdict is against the weight of the credible evidence. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Kapper, J., dissents and votes to affirm.

ELLA WINTER and Another, Respondents, v. CHARLES G. POWERS and Others, Defendants. (Action No. 1.) GERTRUDE DIAMOND, an Infant, by IDA DIAMOND, Her Guardian ad Litem, and IDA DIAMOND, Individually, Appellants, v. CHARLES G. POWERS and Others, Defendants. (Action No. 2.) — Order denying motion of the plaintiffs Diamond for a consolidation of these two actions reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs. The only time these plaintiffs could have their motion for consolidation ruled upon as a matter of orderly practice was when this motion was made to that end. The ruling of the Trial Term in granting the motion of the plaintiffs Winter in action No. 1 for a preference may not be construed to be a denial of any rights to the plaintiffs Diamond in action No. 2. No motion was pending before that Trial Term that would permit of a consolidation of the two actions. The fact that a consolidation enables the plaintiffs Diamond to get an earlier trial than would otherwise be available to them because the plaintiffs Winter in action No. 1 have had a preference, is no reason for denying a consolidation, especially where the defendants in both actions either consent to or join in the motion for consolidation. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

FRANK WISWELL, Respondent, v. BENJAMIN MOORE, Appellant.— Order declaring a mistrial, holding the findings of the jury to be null and void and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.